UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| ROBERT PORGES, | : | |
| Petitioner, | : | Civil No. 07-1467 (RMB) |
| v. | : | |
| CHARLES SAMUELS, | : | **O R D E R** |
| Respondent. | : | |

For the reasons set forth in the Opinion filed herewith,

**IT IS on this 4th day of February 2008,**

**ORDERED** that, within thirty days from the date of the entry of this Order, both Petitioner and Respondent shall file with the Clerk their respective supplemental briefs and supporting documentary record, addressing, in light of this Opinion, the actual issue posed by this matter, namely, whether the affairs of the RICO *enterprise* (rather than merely personal actions or affairs of Petitioner) to which Petitioner actually pled guilty to (rather than was merely charged with or indicted upon) involved, <u>inter alia</u>, the acts of smuggling and kidnaping, or conspiracy to commit such acts; and it is further

**ORDERED** that, in their supplemental briefs, both Petitioner and Respondent shall *not* address any other issue except the one expressly stated above, nor shall Petitioner and Respondent reiterate the arguments already set forth in the submissions they had made to this Court thus far; and it is further

**ORDERED** that, within thirty days from the date of the entry of this Order, both Petitioner and Respondent shall serve their supplemental briefs and supporting documentary record upon each other;[1] and it is finally

**ORDERED** that both Petitioner and Respondent, if they so desire, may file their respective responses within forty five days from the date of entry of this Order.

                                                  s/Renée Marie Bumb
                                                  **RENÉE MARIE BUMB**
                                                  **United States District Judge**

---

[1] In the event Petitioner files his supplemental brief (as well as his documentary record, if such is available to Petitioner) with the Clerk of the Court within thirty days from the date of entry of this Order, this Court will construe such filing as Petitioner's service upon Respondent, and the date of such filing will be deemed the date of Petitioner's service upon Respondent, since Respondent would get an electronic notice of such filing and, in addition, would be able to access, electronically, the content of Petitioner's response.